IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARLENE LOUISE PERKINS and RICHARD PERKINS | § § § | PLAINTIFFS |
| v. | § § | CAUSE NO. 1:07cv1185 LG-RHW |
| UNITED STATES OF AMERICA and ASHBRITT, INC. | § § § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion [38] for summary judgment or to dismiss for lack of subject matter jurisdiction pursuant to FED. R. CIV. P. 12(b)(1) filed by the Defendant, Ashbritt, Inc., the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, Ashbritt, Inc., pursuant to FED. R. CIV. P. 12(b)(1). The Plaintiffs' claims are dismissed for lack of subject matter jurisdiction.

**SO ORDERED AND ADJUDGED** this the 21th day of August, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE